# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-7931 JWH (MRW) | Date | December 6, 2021 |
|---|---|---|---|
| Title | Bentley v. Montgomery | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Petitioner: | Attorneys for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:**     ORDER TO SHOW CAUSE

1.     After screening Petitioner's habeas corpus petition, the Court (Magistrate Judge Wilner) ordered Petitioner to submit a supplemental statement addressing several obvious defects with the habeas action.  (Docket # 4.)  Petitioner failed to file an appropriate response.

2.     Petitioner is ordered to show cause why the action should not be dismissed (in whole or in part) for the defects noted in the screening order and for failing to comply with a court order.  Petitioner's response to the OSC <u>and</u> the substantive supplemental statement are due by or before January 14, 2022.

**Failure to comply with this order will result in a recommendation that the action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).  <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**