# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BENTLEY,<br><br>  Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>  Respondent. | Case No. CV 21-7931 SPG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition
2  and] dismissing this action with prejudice.
3
4
5  DATE: __October 20, 2022__           _____
6                                        HON. SHERILYN P. GARNETT
                                         UNITED STATES DISTRICT JUDGE

2