JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ANTHONY BENTLEY,<br><br>              Petitioner,<br><br>       v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>              Respondent. | Case No. CV 21-7931 SPG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: __October 20, 2022__

_____
HON. SHERILYN P. GARNETT
UNITED STATES DISTRICT JUDGE